UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BUILDING SERVICE 32BJ HEALTH FUND;
BUILDING SERVICE 32BJ PENSION FUND;
BUILDING SERVICE 32BJ LEGAL SERVICES
FUND; THOMAS SHORTMAN TRAINING &
SCHOLARSHIP FUND; BUILDING SERVICE
32BJ SUPPLEMENTAL RETIREMENT &
SAVINGS FUND,

                              Plaintiffs,

    -against-

MICHAEL YABAI

                             Defendants,
-----------------------------------------------------------------X

**STATEMENT PURSUANT
TO RULE 7.1.1 of the
FEDERAL RULES OF CIVIL
PROCEDURE**

07 CV 7255 (LAP)

      Pursuant to Rule 7.1.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Building Services 32 B-J Benefit Funds certifies that the following are corporate parents, subsidiaries, or affiliates of that party:

None

Dated:   September 24, 2007

                                                        RAAB, STURM & GOLDMAN, LLP

                                                        By: _____
                                                           MICHAEL GEFFNER (MG-6785)
                                                           317 Madison Avenue, Suite 1708
                                                           New York, NY 10017
                                                           (212) 683-6699