UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
MICHAEL YABAI,

              Plaintiff

    -v-

BUILDING SERVICE 32BJ BENEFIT FUNDS,

              Defendant,
---------------------------------------------------------------X

**AFFIDAVIT OF SERVICE**

07-CV-7255 (LAP)

STATE OF NEW YORK  )
                           ) : ss:
COUNTY OF NEW YORK  )

NANCY RIVERA being duly sworn deposes and says: I am not a party to the action, am over 18 years of age and reside in Jersey City, New Jersey.

On September 24, 2007, I served a true copy of the Answer, by mailing the same, in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

        Michael Yabai
        305 Ocean Ave, # F10
        Brooklyn, NY 11225

Sworn to before me this
24th day of September 2007

_____
Notary Public

MAURA BREEN
Notary Public State of New York
No. 31-4966663 Qualified in Westchester County
Certificate Filed in New York County
Commission Expires May 14, 20_10_

Nancy Rivera