UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MICHAEL YABAI,

            Plaintiff

    -v-

BUILDING SERVICE 32BJ BENEFIT FUNDS,

           Defendant,
-------------------------------------------------------------X

**AFFIDAVIT OF SERVICE**

07-CV-7255 (LAP)

STATE OF NEW YORK  )
                             ) : ss:
COUNTY OF NEW YORK  )

    NANCY RIVERA being duly sworn deposes and says: I am not a party to the action, am over 18 years of age and reside in Kearny, New Jersey.

    On March 3, 2008, I served a true copy of the , Attorney's Affirmation, by mailing the same, in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

        Michael Yabai
        305 Ocean Ave, # F10
        Brooklyn, NY 11225

Sworn to before me this
3rd day of March, 2008

_____
Notary Public

_____
Nancy Rivera

NANCY STRASFELD
Notary Public, State of New York
No. 02ST6129584
Qualified in New York County
Commission Expires June 27, 2009