UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
MICHAEL YABAI,          :
            Plaintiff,  :    07 Civ. 7255 (LAP)
        v.              :    ORDER
BUILDING SERVICE 32BJ   :
BENEFIT FUNDS,          :
            Defendant.  :
------------------------------x

LORETTA A. PRESKA, U.S.D.J.

   Defendant shall submit by letter no later than the close of business on August 22, 2008, why it contends plan administrators determined that Plaintiff should not be afforded service credit for work he performed in 1981 and 1987.


SO ORDERED:

DATED:   New York, New York
         August 18, 2008

                                    _____
                                    LORETTA A. PRESKA, U.S.D.J.

1