UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MICHAEL YABAI,

                Plaintiff,

-against-

BUILDING SERVICE 32BJ BENEFIT FUNDS,
                Defendant.
----------------------------------------------------------------X

07 CIVIL 7255 (LAP)

**JUDGMENT**

**SCANNED**

    Defendant having moved for summary judgment, and the matter having come before the Honorable Loretta A. Preska, United States District Judge, and the Court, on August 29, 2008, having rendered its Memorandum and Order granting defendant's motion for summary judgment, it is,

    **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated August 29, 2008, defendant's motion for summary judgment is granted; accordingly, the case is closed and all pending motions dare denied as moot.

**Dated:** New York, New York
         August 29, 2008

                                    **J. MICHAEL McMAHON**
                                        Clerk of Court

        BY:
                                          Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____